FILED

2016 APR 26 PM 12: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 16- **CR16-0289** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. §§ 1591(a)(1), (b)(2), 1594(a): Attempted Sex Trafficking of a Child; 18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity] |
| MAURICIO EDGARDO ESTRADA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1591(a)(1), (b)(2), 1594(a)]

On or about April 20, 2016, in Los Angeles County, within the Central District of California, defendant MAURICIO EDGARDO ESTRADA ("ESTRADA"), in and affecting interstate commerce, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, namely, defendant ESTRADA attempted to recruit,

entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a person whom he believed to be a fifteen-year-old girl, to engage in sex with defendant ESTRADA in exchange for $150.

                              COUNT TWO

                          [18 U.S.C. § 2422(b)]

On or about April 20, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant MAURICIO EDGARDO ESTRADA ("ESTRADA"), used a facility and means of interstate and foreign commerce, namely, the Internet and a telephone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, an undercover agent ("UC") whom defendant ESTRADA believed to be a fifteen-year-old girl, to engage in sexual activity for which a person can be charged with a criminal offense, namely, illicit sexual contact with a minor, in violation of California Penal Code Section 288.4(b).

In attempting to commit this offense, defendant ESTRADA did something that was a substantial step towards committing the offense, including the following acts, among others:

1. On or about April 20, 2016, defendant ESTRADA answered an advertisement placed by law enforcement on the Internet website www.craigslist.org, that advertised potential commercial sex acts, by emailing the email address provided on the advertisement.

2. On or about April 20, 2016, defendant ESTRADA and the UC exchanged the following text messages:

ESTRADA:   Looking for some action with you babe
ESTRADA:   Name Is Mauricio
UC:        ready 4 some fun babe? what u wnating .... lm free.
ESTRADA:   Something intimate?

3. On or about April 20, 2016, defendant ESTRADA and the UC exchanged the following text messages:

                                3

|    |           |                                                                 |
|----|-----------|-----------------------------------------------------------------|
| 1  | UC:       | I do all for donations;)                                        |
| 2  | ESTRADA:  | What donation would all include?                                |
| 3  | UC:       | im 150/hh all pics u want. no face pics cause im still 15yo     |
| 5  | ESTRADA:  | 15? Seriously?                                                  |
| 6  | UC:       | hope I didnt make u pissed                                      |
| 7  | ESTRADA:  | Not mad I just don't believe you                                |
| 8  | ESTRADA:  | That's young.                                                   |
| 9  | UC:       | oh sorry dont no why u think lm lieing                          |
| 10 | ESTRADA:  | So where would I go to meet you then?                           |
| 11 | UC:       | I gotta rm to party in                                          |

12. 4. On or about April 20, 2016, defendant ESTRADA and the UC exchanged the following text messages:

| | | |
|--|--|--|
| 14 | ESTRADA: | I'm down for a car date. I have a big truck with blacked out windows |
| 16 | ESTRADA: | We can party In my car babe. I'm just scared of going in your room cuz of your age |
| 18 | UC: | scared a little ..... don't drive me anywhere ... when? |

20. 5. On or about April 20, 2016, defendant ESTRADA texted a photograph of himself to the UC.

22. 6. On or about April 20, 2016, defendant ESTRADA and the UC exchanged the following text messages:

| | | |
|--|--|--|
| 24 | UC: | It's got to be close by ... and I DON'T want to get pregnant ... |
| 26 | ESTRADA: | It won't be far. I swear. And you won't get pregnant |
| 27 | ESTRADA: | I'll be safe. |

4

7.  On or about April 20, 2016, defendant ESTRADA and the UC exchanged the following text messages:

   ESTRADA:  Are you sure you're not law enforcement babe?

   UC:  fuck no! RU??

   ESTRADA:  No I'm not. I'm just scared this is like one of those underage stings you know

8.  On or about April 20, 2016, defendant ESTRADA and the UC exchanged the following text messages:

   ESTRADA:  I'm close by but idk ... how do I know this isn't a set up?

   UC:  huh .. fuck dat... you freakin' me out a little

   ESTRADA:  I'm sorry it's not my Intention I'm just nervous cuz I don't do this often especially with someone underage

9.  On or about April 20, 2016, defendant ESTRADA traveled to a Chevron gas station in Artesia, California and purchased condoms.

///

5

10. On or about April 20, 2016, defendant ESTRADA possessed condoms and approximately $150 in United States currency in the parking lot of a Chevron gas station in Artesia, California.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

LANA MORTON-OWENS
Assistant United States Attorney
Violent & Organized Crime Section